## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | 08 APR 14 AM 11: 12 |
| ) | Magistrate Case No. **08 MJ 1133** |
| Plaintiff, ) | |
| ) | COMPLAINT FOR VIOLATION OF |
| v. ) | |
| ) | Title 8, U.S.C., Section 1326 |
| **Mario Enrique VALENZUELA-Galindo** ) | Attempted Entry After |
| ) | Deportation |
| Defendant. ) | |
| _____ ) | |

The undersigned complainant being duly sworn states:

On or about **April 10, 2008**, within the Southern District of California, defendant **Mario Enrique VALENZUELA-Galindo**, an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, attempted to enter the United States with the purpose; i.e. conscious desire, to enter the United States at the **San Ysidro, California, Port of Entry**, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Sara Esparagoza, United States Customs
and Border Protection Enforcement Officer

Sworn to before me and subscribed in my presence this **14**th day of **April, 2008.**

UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

I, United States Customs and Border Protection (CBP) Enforcement Officer Michael J. Prado, declare under penalty of perjury the following to be true and correct:

On April 10, 2008 at approximately 7:32 p.m., **Mario Enrique VALENZUELA-Galindo (Defendant)** made application for admission into the United States from Mexico through the pedestrian entrance of the San Ysidro, California Port of Entry. Upon inspection before a United States Customs and Border Protection Officer, Defendant presented form I-551 (Permanent Resident Card). The CBP Officer queried Defendant's name and date of birth through a computer database system and received a computer generated referral. Defendant was subsequently referred to secondary inspection.

In secondary, Defendant was queried by 10-digit fingerprint and photograph comparison through the Automated Biometric Identification System (IDENT) and the Integrated Automated Fingerprint Identification System (IAFIS). IDENT and IAFIS returned a match to the query, liking Defendant to FBI and Immigration Service records which identified Defendant as a deported alien and citizen of Mexico.

Immigration Service records checks including the Deportable Alien Control System (DACS) identified Defendant as a deported alien. Immigration court records indicate that on or about April 11, 2000 and September 20, 2005, Defendant was ordered deported from the United States by an Immigration Judge and was removed from the United States to Mexico. Immigration Service records contain no evidence that Defendant has applied for or received permission from the Attorney General of the United States, or the Secretary of the Department of Homeland Security to legally re-enter the United States.

EXECUTED ON THIS 11th DAY OF April 2008 AT 3:00 PM.

_____
Michael J. Prado / CBP Enforcement Officer

On the basis of the facts presented in the Probable Cause Statement consisting of (1) page(s), I find probable cause to believe that the defendant named therein committed the offense on **April 10, 2008** in violation of Title 8, United States Code, Section 1326.

_____
MAGISTRATE JUDGE

4/12/08 at 11:15 AM
_____
DATE / TIME